**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

5/10/23

---

Tyler Williams, Kenneth Hidalgo, Jonte Benjamin, and Shakeem Trace, on behalf of themselves and all others similarly situated,

        Plaintiffs,

- against -

Blue Chip Pros Security LLC,

        Defendant.

---

22-CV-06353 (VB)    AND ORDER

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, Plaintiffs TYLER WILLIAMS, KENNETH HIDALGO, JONTE BENJAMIN and SHAKEEM TRACE and Defendant BLUECHIP PROS SECURITY LLC (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: Hawthorne, New York
    April 25, 2023

| | |
|---|---|
| LAW OFFICE OF MOHAMMED GANGAT | TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP |
| By: _____ <br> Mohammed Gangat, Esq. <br> 675 Third Avenue, Suite 1810 <br> New York, New York 10017 <br> (718) 669-0714 <br> *Attorneys for Plaintiffs* | By: _____ <br> Hillary J. Raimondi, Esq. (HR 0198) <br> Mid-Westchester Executive Park <br> Seven Skyline Drive <br> Hawthorne, New York 10532 <br> (914) 347-2600 <br> *Attorneys for Defendant BlueChip Pros Security LLC* |

SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J., 5/10/2023